IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLACKBIRD TECH, LLC d/b/a BLACKBIRD TECHNOLGIES,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant | C.A. No.15-54 (RGA) |

**JOINT STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED by and between Plaintiff Blackbird Tech LLC d/b/a Blackbird Technologies and Defendant Amazon.com, Inc. that all claims in Plaintiff's Complaint in the above-captioned action are hereby dismissed without prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

STAMOULIS & WEINBLATT LLC

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com
*Attorneys for Plaintiff Blackbird Tech LLC d/b/a Blackbird Technologies*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael Flynn*
Karen Jacobs (#2881)
Michael Flynn (#5333)
121 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
kjacobs@mnat.com
mflynn@mnat.com
*Attorneys for Defendant Amazon.com, Inc.*

**SO ORDERED** this ___ day of May, 2016.

______________________________
UNITED STATES DISTRICT JUDGE